UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING CHARLES HUMPHREY,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTINA CARR, et al.,<br><br>  Defendants. | Case No. CV 13-7581 DDP(JC)<br><br>JUDGMENT |

In accordance with the Order Dismissing Second Amended Complaint with Leave to Amend, IT IS HEREBY ADJUDGED that the Second Amended Complaint is dismissed without leave to amend.

IT IS SO ADJUDGED.

DATED: September 11, 2014

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE